IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RUEBEN V. GLASS, | CIVIL ACTION |
| Plaintiff, | |
| v. | |
| FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, | NO. 16-5449 |
| Defendant. | |

# O R D E R

**AND NOW**, this 2nd day of August, 2017, upon consideration of Defendant First Judicial District of Pennsylvania's Motion for Summary Judgment (ECF Nos. 15, 18, 19) and Plaintiff's response thereto (ECF No. 16, 21), it is hereby **ORDERED** that the Motion is **GRANTED** and **JUDGMENT IS ENTERED IN FAVOR** of Defendant First Judicial District of Pennsylvania and **AGAINST** Plaintiff Rueben V. Glass.

The Clerk of the Court is directed to close this case.

**BY THE COURT:**

**/S/WENDY BEETLESTONE, J.**

_____
**WENDY BEETLESTONE, J.**